```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0008--CR (RRB)
                  "USA V GABRIEL OZENNA SR"
                  DEF 1.1 OZENNA, GABRIEL SR.

       Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge: The Honorable Terrance W. Hall, U.S. Magistrate Judge
             Filed:   03/15/05
            Closed:   11/23/05
No. of Defendants:    1
    MJ Case Number:
               AKA:
   Location status:   Released on Own Recognizance
        Trial date:
        Terminated:   YES
 Needs interpreter:   NO
 Counsel of record:   Mary Jane Haden
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3480
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:   James A. Goeke
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 OZENNA, GABRIEL SR.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 16 USC 3372(a)(1) and 3373(d)(1)(B) UNLAWFUL TRANSPORTATION OF POLAR BEAR HIDE (F) | Dismissed (38-1) |
| 1 - 1 IND | 2 | 16 USC 1372(a)(4) (F) and 1375(b) UNLAWFUL SALE OF POLAR BEAR HIDE (M) | Sentenced (38-1) |

```
```

Case 4:05-cr-00008-RRB   Document 36   Filed 03/15/2005   Page 2 of 4

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE F05-0008--CR (RRB)
                             "USA V GABRIEL OZENNA SR"

                              For all filing dates
```

   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge: The Honorable Terrance W. Hall, U.S. Magistrate Judge
              Filed: 03/15/05
             Closed: 11/23/05
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 03/15/05 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 03/15/05 | [Re: DEF 1] AHB Grand Jury Minutes [ECR: Jennifer Kemp]. |
| NOTE - 1 | 03/18/05 | Notation: Summons issued. |
| 3 - 1 | 03/18/05 | [Re: DEF 1] AHB Minute Order setting arraignment for Wednesday, April 20, 2005 at 11:00 in Fairbanks before MJ Branson. cc: USA; USM; USPO; MJ Branson; Judge Beistline. |
| NOTE - 2 | 03/21/05 | Issued: proposed trial date setting for arr & notice of speedy trial act deadlines. |
| 4 - 1 | 03/24/05 | Return of Service on Summons. |
| 5 - 1 | 04/06/05 | [Re: DEF 1] AHB Minute Order by agreement of the judges this case is reassigned to MJ Hall for pretrial services. The arraignment scheduled before MJ Brnason will now be held before MJ Hall 4/20/05 at 11:00 a.m. in Fairbanks. cc: AUSA, USM, USPO, MJ Hall, Judge Beistline |
| 6 - 1 | 04/08/05 | PLF 1 motion to appear telephonically at arraignment on shortened time. |
| 7 - 1 | 04/12/05 | DEF 1 motion on shortened time for appointment of counsel w affidavit of M.J. Haden attached. |
| 8 - 1 | 04/12/05 | DEF 1 Unopposed motion on shortened time for defendant to appear at arraignment telephonically w attached consent. |
| 9 - 1 | 04/13/05 | [Re: DEF 1] TWH Order granting motion on shortened time for appointment of counsel (7-1). cc: USA, USM, FPO, FPD, Judge Beistline, Judge Hall. |
| 10 - 1 | 04/13/05 | [Re: DEF 1] TWH Order motion Unopposed motion on shortened time for defendant to appear telephonically at arr to be held 04/20/05 (8-1) cc: Goeke, Haden, FPO, USM, Judge Beistline |
| 11 - 1 | 04/13/05 | [Re: DEF 1] TWH Order granting motion to appear telephonically at arraignment on shortened time (6-1). |
| 12 - 1 | 04/19/05 | DEF 1 Unopposed motion on shortened time for counsel to appear telephonically at arraignment. |
| 13 - 1 | 04/20/05 | [Re: DEF 1] TWH Order granting Unopposed motion on shortened time for counsel to appear telephonically (12-1). cc: USA; USM; USPO; MJ Haden, FPD; MJ Hall; Judge Beistline. |
| 14 - 1 | 04/20/05 | [Re: DEF 1] Order setting conditions of release, faxing copy to FPD to have defendant sign and return back to us cc: USA, FPD, FPO, USM, Judge Hall. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F05-0008--CR (RRB)
"USA V GABRIEL OZENNA SR"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 04/20/05 | [Re: DEF 1] TWH Order regarding preparation for trial, discovery due by 04/29/05, pretrial motions due by 05/16/05 cc: USA, USM, FPO, FPD, Judge Hall, Judge Beistline. |
| 16 - 1 | 04/20/05 | [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause] plea of not guilty to all counts, discovery due by 04/29/05, pretrial motions due by 05/16/05 cc: USA, USM, FPO, FPD, Judge Hall, Judge Beistline. |
| 17 - 1 | 04/22/05 | [Re: DEF 1] RRB Minute Order setting trial by jury for 6/27/05 at 8:30 a.m. in Fairbanks and FPTC for 6/23/05 at 8:30 a.m. in Fairbanks. cc: AUSA, FPD, USM, USPO, jury clerk |
| 18 - 1 | 04/22/05 | DEF 1 Notice of filing original consent re: DEF 1 Unopposed motion on shortened time for defendant to appear at arraignment telephonically (8-1) w/att consent. |
| 19 - 1 | 04/29/05 | [Re: DEF 1] PLF 1 Certification of discovery. |
| 20 - 1 | 05/16/05 | DEF 1 motion to change the place of trial from Fairbanks to Nome w/att memo. |
| 21 - 1 | 05/23/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to change the place of trial from Fairbanks to Nome (20-1). |
| 22 - 1 | 05/31/05 | [Re: DEF 1] RRB Minute Order denying motion to change the place of trial from Fairbanks to Nome (20-1). cc: USA, FPD, MJ Hall |
| 23 - 1 | 06/16/05 | DEF 1 Unopposed motion on shortened time to continue trial date. |
| 24 - 1 | 06/16/05 | [Re: DEF 1] RRB Order granting Unopposed motion on shortened time to continue trial date (23-1). The FPTC set 6/23/05 will be utilized as a scheduling conference. cc: AUSA, FPD, USM, USPO |
| 25 - 1 | 06/21/05 | DEF 1 Unopposed motion on shortened time for def to appear telephonically for scheduling conf set 6/23/05. |
| 26 - 1 | 06/22/05 | RRB Order granting Unopposed motion on shortened time for def to appear telephonically at the scheduling conf set 6/23/05 (25-1). cc: AUSA, FPD, USPO, USM, |
| 27 - 1 | 06/23/05 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: trial scheduling conf (held 6/23/05); tbj set for 6/27/05 at 8:30 a.m. in FB is vacated; FPTC set for 8/30/05 at 9:00 a.m. in Anc;tbj set for 9/6/05 at 8:30 a.m. in FB. cc: USA, FPD, USM, USPO, JC, FB DIV OFFICE |
| 28 - 1 | 08/04/05 | DEF 1 Notice of Intent to change plea. |
| 29 - 1 | 08/10/05 | [Re: DEF 1] RRB Minute Order that 8/30/05 FPTC & 9/6/05 TBJ are vacated; combined PCOP hrg & IOS are set 11/17/05 @ 9:00 a.m.. @ Anchorage, Alaska. cc: USA, FPD, USM, USPO, MJ Hall, ECR, Divisional Deputy, JC |
| 31 - 1 | 10/19/05 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 32 - 1 | 10/25/05 | DEF 1 Unopposed motion on shortened time for defendant to appear telephonic for change of plea/sentencing hearing. |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F05-0008--CR (RRB)
                                    "USA V GABRIEL OZENNA SR"

                                       For all filing dates


Document #    Filed      Docket text

    33 -  1   10/26/05   [Re: DEF 1] RRB Order granting Unopposed motion on shortened time for
                         defendant to appear telephonically at COP/Sentencing hearing on 11/17/05
                         at 9:00 a.m. (32-1).  cc: USA; USM; USPO; MJ Haden

    34 -  1   10/31/05   DEF 1 motion to proceed telephonically at COP/IOS proceeding on 11-17-05
                         in Anchorage.

    35 -  1   11/10/05   DEF 1 Sentencing Memorandum.

    36 -  1   11/14/05   [Re: DEF 1] PLF 1 Sentencing Memorandum.

    37 -  1   11/17/05   [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: combined PCOP hrg
                         and IOS held 11/17/05; def changed plea to guilty to Ct 2 of Indt; gov
                         dism Ct 1 of Indt; sent imposed as stated in judg. cc: USA, FPD

    38 -  1   11/23/05   [Re: DEF 1] RRB Judgment dism ct 1 of Indt (1-1); pleaded guilty to ct 2
                         of  Indt (1-1); sentenced to 60 mos prob; $25.00 SA; $1,000.00 fine;
                         $1,750.00 restitution. cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ Hall,
                         Finance, FLU
```